IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Vernon Robinson,

       Plaintiff,

v.

Portfolio Recovery Associates, Inc.

       Defendant.

Case No. 1:21-cv-2598

## DEFENDANT PORTFOLIO RECOVERY ASSOCIATES, INC'S NOTICE OF REMOVAL

Defendant Portfolio Recovery Associates, Inc. ("PRA") hereby files its Notice of Removal of the above-captioned case to this Court and, and in support of removal, respectfully states as follows:

1. PRA is named as a defendant in Case No. 21S00476, filed in the Small Claims Court, City and County of Denver, Colorado (the "State Court"), styled *Vernon Robinson v. Portfolio Recovery Associates, Inc.* (the "State Court Action").

2. Plaintiff, proceeding *pro se*, filed his Complaint in the State Court Action on or about August 17, 2021, and PRA received a copy of that Complaint September 2, 2021.

3. In his original Complaint in the State Court Action, Plaintiff states that PRA "violated FPCA [sic] Section 809b, failure to validate debt, i.e. 'balance forward.'" The Complaint contains no other allegations. While it is not entirely clear, based on the lone allegation in the Complaint, Plaintiff appears to be attempting to assert a claim under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692(g) ("FDCPA").

4. Any civil action is removable if the plaintiff could have originally brought the action in federal court. *See* 28 U.S.C. § 1441(a).

5. Under 28 U.S.C. § 1331, this Court has original federal question jurisdiction over Plaintiff's claims based on what appears to be an alleged violation of the FDCPA.

6. Accordingly, pursuant to 28 U.S.C. § 1441(a), PRA has the right to remove the State Court Action to this Court, without regard to the citizenship or residency of the parties or the amount in controversy.

7. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1441(a) and 1446(b) because the U.S. District Court for the District of Colorado is the federal judicial district embracing the City and County of Denver, Colorado where the State Court Action was originally filed.

8. By this Notice of Removal, PRA does not waive any defenses, jurisdictional or otherwise, which it may possess. PRA also does not concede that Plaintiff has stated a claim against it.

9. Contemporaneous with the filing of this Notice of Removal in this Court, PRA has filed and served its Notice of Filing of Notice of Removal with the State Court.

10. Pursuant to D.C.COLO.LCivR 81.1(b), PRA states that the docket sheet and all other documents previously filed in the State Court Action have been filed herewith. There are no motions pending in the State Court Action.

11. In addition, the State Court Action is set for trial on September 27, 2021 at 1:00 p.m. in. Undersigned counsel represents that she has filed the Notice of Removal with the State Court today notifying it that this matter has been removed.

WHEREFORE, in accordance with the authorities set forth above, PRA hereby removes this action from the City and County Small Claims Court of Denver, Colorado, to the United States District Court for the District of Colorado.

Dated: September 24, 2021

SPENCER FANE LLP

BY: *s/ Jamie N. Cotter*
     Jamie N. Cotter, No. 40309
     1700 Lincoln Street, Suite 2000
     Denver, Colorado  80203
     Telephone:  (303) 839-3800
     Facsimile:  (303) 839-3838
     E-mail:  jcotter@spencerfane.com

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above pleading was served on September 24, 2021, by U.S. Mail, First Class, to:

Vernon Robinson, *pro se*
2806 Speer Blvd
Denver, CO 80211

                                        *s/ Jacob F. Hollars*
                                        Jacob F. Hollars

OM 1009119.1