**Small Claims Court Denver County, Colorado**
Court Address: 1437 Bannock St. Rm. 135
Denver, CO 80202

PLAINTIFF(S): Vernon Robinson
Address: 2806 Speer Blvd
City/State/Zip: Denver Co 80211
Phone: Home _____ Work _____ Cell 305 881 1169

v.

DEFENDANT(1): Portfolio Recovery Assoc, LLC
Address: 4600 Syracuse St
City/State/Zip: Denver Co 80237
Phone: Home _____ Work: 303-256-6379 Cell _____

DEFENDANT(2): _____
Address: _____
City/State/Zip: _____
Phone: Home _____ Work _____ Cell _____

▲ COURT USE ONLY ▲
Case Number: 21 S00476
Division: _____ Courtroom: 17M

## NOTICE, CLAIM AND SUMMONS TO APPEAR FOR TRIAL

If Defendant(s) is/are other than a person, go on-line at www.sos.state.co.us to determine the registered agent for service of this notice. Please enter name and address of the agent. Name: Corporation SVC Company
Address: 1900 N Littleton Blvd Littleton Co 80120

1. The Defendant(s) is/are in the military service: ☐Yes ☑No ☐Unknown
2. The Defendant(s) reside(s), is/are regularly employed, has/have an office for the transaction of business, or is/are a student in this county, or real property located in this county is the subject of claim(s) arising from a restrictive covenant or security deposit dispute. ☑Yes ☐No
3. I/We understand that it is my/our responsibility to have each Defendant served with the "Defendant's Copy" of this Notice by a person whose age is 18 years or older and who is not a party to this action 15 days prior to the trial and to provide the Court with written proof of service. ☑Yes ☐No
4. I am an attorney: ☐Yes ☑No

### Notice and Summons to Appear for Trial

**To the Defendant(s):**
You are scheduled to have your trial in this case on September 27, 2021 (date) at 1:00 pm (time) at the Court address stated in the above caption. Bring with you all books, papers and witnesses you need to establish your defense. **If you do not appear, judgment may be entered against you.** If you wish to defend the claim or present a counterclaim, you must provide a written response or written counterclaim on or before the scheduled trial date and pay a **nonrefundable** filing fee.

Dated: 8/17/2021

Clerk of Court/Deputy Clerk

**Plaintiff(s)'s Claim** (Please summarize reasons to support your claim below.)
The Defendant(s) owe(s) me $ 1000.00, which includes penalties, plus interest and costs allowed by law, and/or should be ordered to return property, perform a contract or set aside a contract or comply with a restrictive covenant for the following reasons. (If seeking return of property, please describe the property being requested).

Defendant violated FDCA, Section 809(b), failure to validate debt, i.e. "balance forward",

Note: The combined value of money, property, specific performance or cost to remedy a covenant violation cannot exceed $7,500.00.
**I declare under penalty of perjury under the law of Colorado that the foregoing is true and correct.** Plaintiff(s) declare under penalty of perjury that the above statements are true and correct, and that I/we have not filed in any Small Claims Court in this County more than 2 claims during this calendar month, nor more than 18 claims in this County this calendar year.

Dated: 8/17/21

Plaintiff's Signature

Plaintiff's Signature

AUG31 '21 11:54

EXHIBIT A

Attach one (1) copy of completed and issued NOTICE, CLAIM AND SUMMONS TO APPEAR FOR TRIAL to Defendant, Plaintiff, and Court copies.

**Defendant's Response** (If responding, pay the appropriate filing fee). I do not owe the Plaintiff(s) or am not responsible to the Plaintiff(s) because:

_____

_____

**Defendant's Counterclaim** (If submitting a counterclaim, pay the appropriate filing fee).
The Plaintiff(s) owe(s) me $_____, which includes penalties, plus interest and costs allowed by law and/or should be ordered to return property, perform a contract or set aside a contract or comply with a restrictive covenant for the following reasons. (If seeking return of property, please describe the property being requested).

_____

- ☐ The amount of my/our counterclaim does not exceed the jurisdictional amount of the Small Claims Court of $7,500.00.
- ☐ The amount of my/our counterclaim exceeds the jurisdictional amount of the Small Claims Court, but I/we wish to limit the amount that I/we wish to recover from the Plaintiff to $7,500.00.
- ☐ The amount of my/our counterclaim exceeds the jurisdictional amount of the Small Claims Court, and I/we wish to have the case sent to ☐County Court (only if I/we wish to limit the amount I/we can recover from the plaintiff to $15,000.00) ☐District Court (I/we do not wish to limit the amount I/we can recover from the Plaintiff(s)) and will pay the appropriate filing fee. I/we am/are filing a Notice of Removal and paying the appropriate filing fee to the Court at this time.

**I am an attorney.**    ☐Yes ☐No
I declare under penalty of perjury that this information is true and correct and that I mailed a copy of the Response/Counterclaim to the Plaintiff(s) at the address(es) stated on this form on _____ (date).

| Defendant's Signature | Date | Defendant's Address | | |
|---|---|---|---|---|
| | | Telephone #: Home | Work | Cell |

### Information for Defendants in Small Claims Cases

A. **Filing Fees.**
   Response without a counterclaim:
   - Claim $500.00 or less: $26.00
   - Claim over $500.00 but less than $7,500.00: $41.00

   Response with a counterclaim:
   - If Plaintiff's claim is $500.00 or less and counterclaim is $500.00 or less:                      $31.00
   - If Plaintiff's claim is more than $500.00 or counterclaim is more than $500.00:                  $46.00

B. **Response.** You have been served with a Summons. If you fail to appear on the trial date shown on this notice, judgment may be entered against you. If you wish to defend the claim or present a counterclaim, you must **file with the Court Clerk a written response or counterclaim** on or before the scheduled trial date, provide a copy to the Plaintiff(s), pay the appropriate **nonrefundable** filing fee, and appear on the date set for trial in this notice with all evidence and witnesses needed to establish your defense.

C. **Subpoenas.** Upon your request, the clerk will issue a subpoena to require witnesses to appear or bring documents for your trial. It is your responsibility to complete the information needed on the subpoena and to have the subpoena served. Subpoenas must be served personally and may be served by a person over the age of 18 that is not a party to the case. Subpoenas must be accompanied by a check for payment of witness fees and mileage for any witnesses served.

D. **Counterclaim.** If you have a claim against the Plaintiff(s), you must **file with the Court clerk** the Defendant's counterclaim at the top of this form, provide a copy of the counterclaim to the Plaintiff(s) prior to the trial, and pay the appropriate **nonrefundable** filing fee. If you settle your counterclaim before trial, notify the Small Claims Court and the Plaintiff(s) in writing. **If you want your case heard by a Court of greater jurisdiction, you must complete and file this form, pay the appropriate filing fee (County = $97.00, District = $224.00) and file a Notice of Removal (JDF 251) at least 7days before the trial date shown on this Notice.**

E. **Trial Responsibility.** You have a right to a trial. Bring all evidence necessary to establish your defense and/or counterclaim: books, papers, repair bills, photographs or other exhibits. If the suit involves the delivery of personal property, be prepared to deliver the property immediately after trial. Be on time. If you are late, the Court may enter judgment against you.

F. **Appeal.** If you wish to appeal, you must file your notice of appeal within 14 days of the judgment and proceed according to C.R.C.P 411.

G. **Judgment. The Court does not collect any judgment,** but will help with the necessary forms.
   **Money Judgment.** If judgment is entered against you, you are expected to immediately pay the judgment, including filing fees and court costs. If the judgment is not paid immediately, you must answer questions about your assets and income and the other party can obtain a writ of garnishment or execution against your wages or property. Once the judgment is paid, you are entitled to have the judgment satisfied.
   **Non-monetary Judgment.** If the Court orders immediate possession of the property, performance of a contract, setting aside of a contract or compliance with a restrictive covenant, your failure to comply with the Court order may result in an award of damages and/or being held in contempt.

H. **Case Inquiries.** When inquiring about this case, refer to the case number on this notice. Direct all inquiries to the clerk, not the judge or magistrate.

I. **Attorney.** If you want to be represented by an attorney, you or your attorney must file a Notice of Representation of Attorney (JDF 256) at least 7 days before the trial date on this notice. Then the Plaintiff(s) may have representation by an attorney. If the Plaintiff(s) is/are an attorney, you also may be represented by an attorney without filing a notice of representation. Even if there are attorneys in the case, the rules and procedures of the Small Claims Court will still apply.

J. **Judicial Officer.** A magistrate or a judge may hear your case. If you want a judge to hear your case, you must file an Objection to a Magistrate Hearing Case (JDF 259) at least 7 days before the trial date set in this notice. The rules and procedures of the Small Claims Court will still apply.

K. **Language Interpreter.** If you or a witness requires a language interpreter to be present for hearings, you must contact the Managing Interpreter corresponding to the district in which the case will be heard at least 7 days before the trial date is set on this notice. A language interpreter may only interpret what is said between parties during a hearing and immediately prior to or after the hearing. A language interpreter may not provide legal advice or any other service that is not related to interpreting. Interpreters may not provide any services that may constitute a violation of the language interpreter's Code of Professional Responsibility. A current list of Managing Interpreters can be viewed at http://www.courts.state.co.us/Administration/Custom.cfm?Unit=interp&Page_ID=117.

| | |
|---|---|
| Small Claims Division, <br> City and County of Denver, <br> State of Colorado <br> 1437 Bannock St. <br> Denver, CO 80202 | Filed in the County Court <br> City & County of Denver, Colorado <br> **AUG 17 2021** <br> ▲ **CLERK OF COURT** ▲ <br> COURT USE ONLY |
| Plaintiff/Petitioner: Vernon Robinson <br> v. <br> Defendant/Respondent: Portfolio Recovery Assoc. LLC | Case Number: <br> 21S00476 <br> Civil Division Courtroom 117M |

## Delay Reduction Order for Small Claims Court

This Matter has been assigned to the Small Claims division of the Denver County Courts. C.R.C.P. 501(c) requires that this Court shall provide for the expeditious resolution of all cases brought to the Court. Therefore, the Court issues the following Order:

C.R.C.P. 504(a) requires that a copy of the notice, claim and summons be served at least 15 days prior to the trial date. However, the general rule in this Small Claims Court is that all Matters heard in the Small Claims Court shall be ordered to mandatory mediation. Therefore, in order to ensure that all Matters proceed to mediation and, if not resolved, are still heard in a timely manner in the spirit of Rule 501(c), <u>the Plaintiff (the party filing this claim) is strongly encouraged to make reasonable efforts to serve the Defendant at least 30 days prior to the first scheduled trial date.</u>

To aid in the expeditious resolution of this Matter, the Court will review this Matter's file approximately 30 days prior to the first scheduled trial date, and if service has been completed, the Court will then schedule a mediation between the parties promptly. Provided the Court has proof of service, this mediation will be generally scheduled within 2-3 weeks after the file review date by the Court, and generally prior to the first scheduled trial date. This early review by the Court and the scheduling of mediation for those Matters that have completed service of process will help to ensure the speedy resolution of this Matter. The Plaintiff should be aware that if service is not made at least 30 days prior to the first scheduled trial date, and because mediation will be ordered in this Matter, resolution of this Matter may be unnecessarily delayed for a short period of time if service is not completed 30 days prior to the scheduled trial date.

Please note that the first trial date setting for this matter shall be a virtual hearing; therefore, for the first trial setting, you won't appear in person. In addition, if the matter does not settle at mediation, the matter will proceed to trial by virtual hearing unless otherwise ordered by the Court. The Virtual Courtroom link is: **http://bit.ly/dcc-117**, Phone Number: 720-600-4350 Conference ID 778 889 172#

In addition to this Delay Reduction Order, the Court will send all parties involved in this Matter a Case Management Order, which Order will aid the parties in understanding the Small Claims processes and will explain how exhibits are to be provided to the court prior to trial.

Dated: <br> July 12, 2020

BY: <br> _Todd Mackintosh_ <br> Todd Mackintosh, Magistrate    [SEAL]

**EXHIBIT A**



# How to Access Virtual Court

## Via Telephone

*6 to unmute

Please use the below steps to access your virtual court date via telephone. You can also click <u>here</u> to watch a short video tutorial.

**APPEARING VIRTUALLY VIA TELEPHONE**



Please use the table on this flyer to locate your courtroom, and the corresponding **Conference Phone Number** and **Conference ID Number**.



- Listen to the proceedings
- Speak on the record



**COURTROOM PHONE NUMBERS / ID NUMBERS**

**Example:**

| Courtroom | Phone Number | Conference ID |
|---|---|---|
| 12R | 720-555-5555 | 123 456 789# |



To attend your virtual court date, call the phone number listed.



You will then be prompted to enter the Conference ID number. Enter the number on your phone.

| Courtroom | Phone Number | Conference ID |
|---|---|---|
| Clerk's Office | 720-865-7840 | N/A |
| Parking | 720-913-5300 | N/A |
| 170 (Civil) | 720-600-4350 | 608 643 14# |
| 175 (Civil) | 720-600-4350 | 802 816 979# |
| 186 (Civil) | 720-600-4350 | 114 870 14# |
| Civil Returns | 720-600-4350 | 177 756 212# |
| 159 (Protection Orders) | 720-600-4350 | 920 413 766# |
| 117 (Small Claims) | 720-600-4350 | 778 889 172# |
| 100 (Traffic) | 720-600-4350 | 239 581 060# |
| 105 (Traffic) | 720-600-4350 | 984 237 572# |
| 104 (Traffic) | 720-600-4350 | 415 880 630# |
| Juvenile Docket | 720-600-4350 | 825 601 730# |
| 104B (Wellness/ Sobriety Court) | 720-600-4350 | 264 265 172# |

**Note:** if you wish to keep your phone number private, you can press **\*67** before dialing the courtroom phone number.

Upon entering the conference ID number, you will join virtual court and can:

EXHIBIT A



# Via Smartphone or Computer

Please use the below steps to access your virtual court date via smartphone or computer. You can also click here to watch a short video tutorial.

**APPEARING VIRTUALLY WITH VIDEO (SMARTPHONE OR COMPUTER)**



Prior to your court date, download the Microsoft Teams Application to your smartphone or computer.

Use the table below to locate your courtroom and the corresponding **Microsoft Teams Link**.



| Courtroom | Link |
|---|---|
| Clerk's Office | Click here |
| Parking (720-913-5300) | Call for appointment |
| 170 | https://bit.ly/dcc-170 |
| 175 | https://bit.ly/dcc-175 |
| 186 | https://bit.ly/dcc-186 |
| Civil Returns | https://bit.ly/dcc-civilreturns |
| 159 (Protection Orders) | https://bit.ly/dcc-159 |
| 117 (Small Claims) | https://bit.ly/dcc-117 |
| 100 (Traffic) | https://bit.ly/dcc-100 |
| 105 (Traffic) | https://bit.ly/dcc-105 |
| 104 (Traffic) | https://bit.ly/dcc-104 |
| Juvenile Docket | http://bit.ly/dcc-104jv |
| 104B (Wellness/Sobriety Court) | https://bit.ly/dcc-104s |



To attend your virtual court date, **click the link or type/paste the link into your internet browser.**

Clicking the link will launch your Microsoft Teams App on your smartphone or computer and ask if you wish to **Join Now**.

Smartphone          Computer




When you join, your camera and microphone will start in the **"off"** position. To turn them on, simply click on the video/microphone icons.

During the session, you can tap/mouse the center of your screen at any point to open the **toolbar**. You can use the toolbar to turn your **camera and microphone on/off**, **control volume, and exit**.



EXHIBIT A